**Motion Granted; Reversed and Remanded and Majority and Dissenting Opinions filed July 8, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00400-CV

## PRO CYCLES & ACCESSORIES, INC. D/B/A HONDA OF HOUSTON, Appellant

## V.

## STEVEN CHRISTIAN, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2019-19667**

## MAJORITY OPINION

This is a restricted appeal from a judgment signed November 21, 2019. *See* Tex. R. App. P. 25. On May 27, 2021, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See*

Tex. R. App. P. 42.1(a)(2)(B). The motion is granted. We reverse the trial court's judgment and remand the case for further proceedings consistent with this opinion. See Tex. R. App. P. 43.2(d).

/s/    Randy Wilson
Justice

Panel consists of Chief Justice Christopher and Justices Spain and Wilson (J. Spain dissenting).